UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
May 20, 2022
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL JOSEPH NOBLE,<br><br>Defendant. | Case No. 2:22-MJ-00080-DB<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  DANIEL JOSEPH NOBLE , Case No. 2:22-MJ-00080-DB  Charge 18 USC § 2252(a)(2), from custody for the following reasons: for the following reasons:

    _____    Release on Personal Recognizance

    __X__    Bail Posted in the Sum of $  100,000 (co-signed)

        __X__   Unsecured Appearance Bond

        _____   Appearance Bond with 10% Deposit

        _____   Appearance Bond with Surety

        _____   Corporate Surety Bail Bond

        __X__   (Other): Dft to be released at 9:00 AM on 5/23/2022 .

Issued at Sacramento, California on May 20, 2022 at 4:46 p.m.

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE