**ERIN J. RADEKIN**
**Attorney at Law – SBN 214964**
1001 G Street, Suite 107
Sacramento, CA 95814
Telephone: (916) 504-3931
Facsimile: (916) 447-2988
Email: erinjradekin@gmail.com

Attorney for Defendant
DANIEL JOSEPH NOBLE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | CASE NO. 2:22-CR-00123-KJM |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF RELEASE** |
| DANIEL JOSEPH NOBLE, | |
| Defendant. | |

On May 20, 2022, defendant, Daniel Joseph Noble, was ordered released with the conditions that he not access the internet and not use or possess a smart cell phone, a computer, of any device capable of accessing the internet at his residence or at any other location unless approved by the Pretrial Services Officer, except he was permitted to access one cellular device, with monitoring software installed. (ECF No. 7 at ¶¶ 17-18.)

At this time the parties, with the full agreement of Pretrial Services, are requesting that special condition 18, which currently limits Mr. Noble to accessing one cellular device with monitoring software installed, be modified to permit, in addition, him to access to one laptop computer that has monitoring software installed. He will be required to pay the costs of monitoring with on both devices. Attached hereto are the Amended Conditions as proposed by the Pretrial Services Officer and the parties.

1

The parties and Pretrial Services feel that this action is appropriate at this time to allow Mr. Noble to access a laptop computer so that he may virtually attend college in the fall and access the internet to attend SA zoom meetings. In order to virtually attend college, Mr. Noble will access the internet on a laptop computer with monitoring software installed. He has been fully compliant with all conditions of his pretrial release to date, and has cooperated fully with conditions of treatment directed by the Pretrial Services Officer. The court is advised that attorney for the United States in this action, Assistant United States Attorney Christina McCall, has been apprised of this request and provided with a copy of the attached amended conditions, and has indicated that she has no objection to such modification to the conditions of Mr. Noble's release.

Accordingly, the parties respectfully request the court adopt this proposed stipulation.

Dated: July 29, 2022

PHILLIP A. TALBERT
United States Attorney

 /s/ Christina McCall
CHRISTINA McCALL
Assistant United States Attorney

Dated: July 29, 2022

 /s/ Erin J. Radekin
Erin J. Radekin
Counsel for Defendant
DANIEL WILLIAM NOBLE

## ORDER

Good cause appearing and for the reasons stated in the stipulation of the parties, Condition #18 of Mr. Noble's release is hereby modified, pursuant to 18 U.S.C. § 3145(a). The new conditions of release are those set forth in the Amended Special Conditions of Release attached to the parties' stipulation.

Dated: _____, 2022

HON. JEREMY D. PETERSON
United States Magistrate Judge