**ERIN J. RADEKIN**
**Attorney at Law – SBN 214964**
1001 G Street, Suite 107
Sacramento, CA 95814
Telephone:  (916) 504-3931
Facsimile:   (916) 447-2988
Email: erinjradekin@gmail.com

Attorney for Defendant
DANIEL JOSEPH NOBLE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, <br><br>            Plaintiff, <br><br>            v. <br><br> DANIEL JOSEPH NOBLE, <br><br>            Defendant. | CASE NO. 2:22-CR-00123-KJM <br><br> **ORDER** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the Special Conditions of Release for defendant, Daniel Noble, be Temporarily Amended such that he be permitted to attend meetings with Dr. Veronica Thomas at 17662 Irvine Blvd, Suite 23, Tustin CA 92780 on November 11, 2022 from 11:00 a.m. to 2:00 p.m. and on November 17, 2022 from 10:00 a.m. to 2:30 p.m.  Mr. Noble shall travel to and from the interview in the company of David and/or Sheila Noble and shall remain in their presence for the entire time he is outside of the location monitoring zone. Mr. Noble shall not deviate from the following itinerary: (1) travel to and from Dr. Thomas's office in Tustin, CA from his residence in Fallbrook, California on November 11, 2022 to attend a meeting with Dr. Thomas from 11:00 a.m. to 2:00 p.m.; and travel to and from Dr. Thomas's office in Tustin, CA from his residence in Fallbrook, CA on November 17, 2022 to attend a meeting with Dr. Thomas from 10:00 a.m. to 2:30 p.m.; (2) on each of those dates, Mr. Noble will travel only to Dr. Thomas' office and

return to his residence, in the company of David and/or Sheila Noble at the conclusion of the meeting; (3) David and/or Sheila will remain with Mr. Noble at Dr. Thomas' office (though they may be outside the meeting room so that Mr. Noble may meet with Dr. Thomas alone); and (4) on November 11 and November 17, 2022, Mr. Noble, in the company of David and/or Sheila Noble, shall leave his residence no earlier than 8:00 a.m. and return to his residence, in the company of David and/or Sheila Noble, no later than 5:00 p.m.  Mr. Noble shall not be in the presence of any juveniles or minors unless that juvenile or minor's parent or guardian is also present.  All other conditions of pretrial release shall remain in force.

The Temporary Amended Special Condition of Release is hereby adopted.

Dated:  November 2, 2022

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE