**ERIN J. RADEKIN**
**Attorney at Law – SBN 214964**
1001 G Street, Suite 107
Sacramento, CA 95814
Telephone: (916) 504-3931
Facsimile: (916) 447-2988
Email: erinjradekin@gmail.com

Attorney for Defendant
DANIEL JOSEPH NOBLE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **DANIEL JOSEPH NOBLE,** <br><br> Defendant. | CASE NO. 2:22-CR-00123-KJM <br><br> **AMENDED STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF RELEASE** |

On May 20, 2022, defendant, Daniel Joseph Noble, was ordered released with the conditions that he not access the internet and not use or possess a smart cell phone, a computer, of any device capable of accessing the internet at his residence or at any other location unless approved by the Pretrial Services Officer, except he was permitted to access "one cellular device," with monitoring software installed. ECF Nos. 4, 7 at ¶¶ 17-18.

On August 2, 2022, pursuant to the stipulation of the parties, condition number 18 of the special conditions of release was modified to allow Mr. Noble to possess, in addition to one "cellular device," "one laptop" with monitoring software installed. ECF No. 21; and see ECF No. 20-1 at ¶ 18. The

1

reason for the modification of the conditions was "so that [Mr. Noble] may virtually attend college in the fall and access the internet to attend SA zoom meetings." ECF No. 20 at p. 2.

At this time the parties, with the full agreement of Pretrial Services, are requesting that special conditions 17 and 18 be modified, and a new condition – condition 19 in the second amended conditions, attached hereto – be added.  Collectively, the amended proposed special conditions 17-19 clarify that Mr. Noble may only access the internet on the single laptop computer he is permitted to possess (with monitoring software installed) *only* to attend virtual college classes and to complete assignments directed by the instructor of such classes, and to attend sex addiction counseling zoom meetings; and that he is not permitted, under any circumstances, to access social media sites or adult pornography sites on the internet, even if asked to do so pursuant to a college assignment.  As noted, the second amended conditions as proposed by the Pretrial Services Officer and the parties are attached to this stipulation.

The parties and Pretrial Services feel that this action is appropriate to clarify the conditions of Mr. Noble's release to prevent any misunderstanding by Mr. Noble or the supervising Pretrial Services Officer, to aide enforcement by the Pretrial Services Officer, and to effectuate the intent of the parties.  Mr. Noble has been fully compliant with all conditions of his pretrial release as they have been interpreted by the Pretrial Services Officer in the Southern District of California, and he has cooperated fully with conditions of treatment directed by the Pretrial Services Officer.  The Court is advised that attorney for the United States in this action, Christina McCall, has approved this stipulation and has been provided with a copy of the attached second amended conditions, and has indicated that she has no objection to such modification to the conditions of Mr. Noble's release.

Accordingly, the parties respectfully request the court adopt this proposed stipulation.

Dated: December 19, 2022                                        PHILLIP A. TALBERT
                                                                                        United States Attorney

                                                                                         /s/ Christina McCall
                                                                                        CHRISTINA McCALL

Assistant United States Attorney

Dated: December 19, 2022

/s/ Erin J. Radekin
ERIN J. RADEKIN
Counsel for Defendant
DANIEL WILLIAM NOBLE

## ORDER

Good cause appearing and for the reasons stated in the stipulation of the parties, Conditions #17 and 18 of Mr. Noble's release are hereby modified, and condition 19 is added, pursuant to 18 U.S.C. § 3145(a). The new conditions of release are those set forth in the Second Amended Special Conditions of Release attached to the parties' stipulation.

Dated: December 19, 2022

_____
HON. JEREMY D. PETERSON
United States Magistrate Judge