**ERIN J. RADEKIN**
**Attorney at Law – SBN 214964**
1001 G Street, Suite 107
Sacramento, CA 95814
Telephone: (916) 504-3931
Facsimile: (916) 447-2988
Email: erinjradekin@gmail.com

Attorney for Defendant
DANIEL JOSEPH NOBLE

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE UNITED STATES OF AMERICA**, | CASE NO. 2:22-CR-00123-KJM |
| Plaintiff, | **ORDER** |
| v. | |
| **DANIEL JOSEPH NOBLE,** | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the Special Conditions of Release for defendant, Daniel Noble, be Temporarily Amended such that he be permitted to attend a meeting with Dr. Veronica Thomas at 17662 Irvine Blvd, Suite 23, Tustin CA 92780 on January 11, 2023 from 10:00 a.m. to 12:00 p.m. Mr. Noble shall travel to and from the meeting in the company of David and/or Sheila Noble and shall remain in their presence for the entire time he is outside of the location monitoring zone. Mr. Noble shall not deviate from the following itinerary: (1) travel to and from Dr. Thomas's office in Tustin, CA from his residence in Fallbrook, California on January 11, 2023 to attend a meeting with Dr. Thomas from 10:00 a.m. to 12:00 p.m.; (2) Mr. Noble will travel only to Dr. Thomas' office and return to his residence, in the company of David and/or Sheila Noble at the conclusion of the meeting; (3) David and/or Sheila will remain with Mr. Noble at Dr. Thomas' office (though they may be outside the meeting room so that Mr. Noble may meet

with Dr. Thomas alone); and (4) on January 11, 2021, Mr. Noble, in the company of David and/or Sheila Noble, shall leave his residence no earlier than 7:30 a.m. and return to his residence, in the company of David and/or Sheila Noble, no later than 3:00 p.m.  Mr. Noble shall not be in the presence of any juveniles or minors unless that juvenile or minor's parent or guardian is also present.  All other conditions of pretrial release shall remain in force.

The Temporary Amended Special Condition of Release is hereby ORDERED.

Dated:  January 6, 2023

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE