**ERIN J. RADEKIN**
**Attorney at Law – SBN 214964**
1001 G Street, Suite 107
Sacramento, CA 95814
Telephone:  (916) 504-3931
Facsimile:   (916) 447-2988
Email: erinjradekin@gmail.com

Attorney for Defendant
DANIEL JOSEPH NOBLE

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL JOSEPH NOBLE,<br><br>Defendant. | CASE NO. 2:22-CR-00123-DJC<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND RE: EXCLUDABLE TIME UNDER SPEEDY TRIAL ACT** |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorney Christina McCall, and defendant, Daniel Joseph Noble, by and through his counsel of record, Erin J. Radekin, hereby stipulate as follows:

1. By previous order, this matter was set for status conference on May 15, 2023 at 9 a.m. in the courtroom of the Honorable Kimberly J. Mueller.  ECF No. 32.

2. On April 4, 2023, the Court issued an order reassigning the case to the District Judge Daniel J. Calabretta.  ECF No. 33.

3. By this stipulation, the parties now agree to continue the status conference until August 17, 2023 at 9 a.m. in the courtroom of Judge Calabretta and to exclude time between May 15, 2023 and August 17, 2023 under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

(a) The government needs additional time for the case agent to prepare a summary forensic report relating to the digital evidence in this matter and to provide that report to the defense. Counsel for defendant will then need time to review the summary forensic report, confer with her client, and possibly engage in additional investigation. Counsel for defendant also needs additional time to view the digital data and videos in discovery in this case which she can only view at the FBI office, and to engage in defense preparation.

(b) Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

(c) The government agrees to this continuance.

(d) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

(e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 15, 2023 to August 17, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), (B)(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

/ /

| | |
|---|---|
| Dated: April 21, 2023 | PHILLIP A. TALBERT<br>United States Attorney<br><br> /s/ Christina McCall<br>CHRISTINA McCALL<br>Assistant United States Attorney |
| Dated: April 21, 2023 | /s/ Erin J. Radekin<br>ERIN J. RADEKIN<br>Counsel for Defendant<br>DANIEL WILLIAM NOBLE |

**ORDER**

The Court hereby accepts the stipulation of the parties and continues the status conference in this case to August 17, 2023 at 9:00 a.m. in the courtroom of District Judge Daniel J. Calabretta and excludes time between May 15, 2023 and August 17, 2023 for the effective preparation of counsel, under local Code T4.

IT IS SO FOUND AND ORDERED this 21st day of April, 2023.

 /s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE