**ERIN J. RADEKIN**
**Attorney at Law – SBN 214964**
1001 G Street, Suite 107
Sacramento, CA 95814
Telephone:  (916) 504-3931
Facsimile:   (916) 447-2988
Email: erinjradekin@gmail.com

Attorney for Defendant
DANIEL JOSEPH NOBLE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DANIEL JOSEPH NOBLE, <br><br> Defendant. | CASE NO. 2:22-CR-00123-DJC-1 <br><br> **STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF RELEASE** |

On May 20, 2022, defendant, Daniel Joseph Noble, was ordered released subject to conditions of release, including home detention, which required that he "remain inside [his] residence at all times except for" specified activities such as mental health treatment, court appearances, etc., as stated within that condition.  ECF No. 7 at ¶ 15.  There were subsequent changes to Mr. Noble's conditions of release pursuant to the agreement of the parties and Pretrial Services (ECF Nos. 21, 28); however, the home detention condition was not modified and remains in effect.  See ECF No. 27-1 (Second Amended Special Conditions of Release).

At this time the parties, with the full agreement of Pretrial Services, are requesting that the condition of home detention, condition 15 of the Second Amended Conditions of Release (ECF No. 27-

1

1 at ¶ 15), be removed and a new condition added – proposed amended special condition 13 the Third Amended Special Conditions of Release (attached hereto), which imposes a curfew upon Mr. Noble. Pursuant to the proposed amended special condition 13, Mr. Noble "must remain inside [his] residence every day from 8:00 p.m. to 7:00 a.m., or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations."

The Court is advised that attorney for the United States in this action, Christina McCall, has approved this stipulation and has been provided with a copy of the attached third amended special conditions, and has indicated that she has no objection to such modification to the conditions of Mr. Noble's release.

Accordingly, the parties respectfully request the court adopt this proposed stipulation.

Dated: May 3, 2023

PHILLIP A. TALBERT
United States Attorney

 /s/ Christina McCall
CHRISTINA McCALL
Assistant United States Attorney

Dated: May 3, 2023

 /s/ Erin J. Radekin
ERIN J. RADEKIN
Counsel for Defendant
DANIEL WILLIAM NOBLE

//

## **ORDER**

Good cause appearing and for the reasons stated in the stipulation of the parties, the condition of home detention, condition 15, is hereby removed and a new condition providing for a curfew, condition 13, is added, pursuant to 18 U.S.C. § 3145(a). The new condition of release is set forth in the Third Amended Special Conditions of Release attached to the parties' stipulation. All other conditions remain in effect.

Dated: May 5, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE