**ERIN J. RADEKIN**
**Attorney at Law – SBN 214964**
1001 G Street, Suite 107
Sacramento, CA 95814
Telephone:  (916) 504-3931
Facsimile:   (916) 447-2988
Email: erinjradekin@gmail.com

Attorney for Defendant
DANIEL JOSEPH NOBLE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL JOSEPH NOBLE,<br><br>Defendant. | CASE NO. 2:22-CR-00123-DJC<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND RE: EXCLUDABLE TIME UNDER SPEEDY TRIAL ACT** |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorney Christina McCall, and defendant, Daniel Joseph Noble, by and through his counsel of record, Erin J. Radekin, hereby stipulate as follows:

1. By previous order, this matter was set for status conference on August 17, 2023 at 9 am in the courtroom of the Honorable Daniel J. Calabretta.  ECF No. 35.

2. By this stipulation, the parties now agree to continue the status conference until November 16, 2023 at 9 a.m. in the courtroom of Judge Calabretta and to exclude time between August 17, 2023 and November 16, 2023 under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

1

(a) The defense needs additional time for its computer forensics expert to complete his evaluation of the digital evidence in this matter and to report his findings to the defense. Additionally, the defense has requested additional discovery from the government and the government has not yet completed its response to the request. Upon receiving the defense expert's report and the government's response to the discovery requests, counsel for the defendant will then need additional time to review these items, confer with her client, to possibly prepare a motion for discovery or engage in additional investigation, and to engage in additional defense preparation.

(b) Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

(c) The government agrees to this continuance.

(d) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

(e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 17, 2023 to November 16, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), (B)(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

//

Dated: August 14, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ Christina McCall
CHRISTINA McCALL
Assistant United States Attorney

Dated: August 14, 2023

/s/ Erin J. Radekin
ERIN J. RADEKIN
Counsel for Defendant
DANIEL WILLIAM NOBLE

## ORDER

The Court hereby accepts the stipulation of the parties and continues the status conference in this case to November 16, 2023 at 9:00 a.m. in the courtroom of District Judge Daniel J. Calabretta and excludes time between August 17, 2023 and November 16, 2023 for the effective preparation of counsel, under local Code T4.

IT IS SO FOUND AND ORDERED this 14th day of August, 2023.

Dated:  August 14, 2023

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE