**ERIN J. RADEKIN**
**Attorney at Law – SBN 214964**
2012 H Street, Suite 202B
Sacramento, CA 95811
Telephone: (916) 504-3931
Facsimile: (916) 447-2988
Email: erinjradekin@gmail.com

Attorney for Defendant
DANIEL JOSEPH NOBLE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL JOSEPH NOBLE,<br><br>Defendant. | CASE NO. 2:22-CR-00123-KJM<br><br>**ORDER** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the Third Amended Special Conditions of Release for defendant, Daniel Noble, be temporarily amended such that he be permitted to travel from his home in Fallbrook, CA to the United States District Court for the Eastern District of California in Sacramento to attend the status conference presently scheduled in this case on November 16, 2023 and to meet with counsel afterwards at her office at 2012 H Street, Suite 202B in Sacramento, CA.  Mr. Noble shall travel to and from his residence in the company of his father, David Noble.  Mr. Noble shall not deviate from the following itinerary: (1) travel only from his residence in Fallbrook, CA to the courthouse in Sacramento to attend the status conference on November 16, 2023 and a meeting with counsel at her office thereafter; (2) Mr. Noble will travel from his residence in Fallbrook, CA in the company of his father, David Noble, leaving no earlier than 11 p.m. on November 15, 2023 and stopping only for food, gas, to rest, or to use a restroom, directly to the

court house in Sacramento; (3) after the court appearance at 9 a.m. on November 16, 2023, he will travel to his attorney's office and then return to his residence, in the company of David Noble, at the conclusion of the meeting with counsel, stopping only for food, gas, rest, or to use a restroom, arriving no later than 11 p.m. on November 16, 2023; and (4) David Noble will remain with Mr. Noble at all times.  Mr. Noble shall not be in the presence of any juveniles or minors unless that juvenile or minor's parent or guardian is also present.  All other conditions of pretrial release shall remain in force.

The Temporary Amended Special Condition of Release is hereby adopted.

Dated:  November 13, 2023

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE