**ERIN J. RADEKIN**
**Attorney at Law – SBN 214964**
2012 H Street, Suite 202B
Sacramento, CA 95811
Telephone: (916) 504-3931
Facsimile: (916) 447-2988
Email: erinjradekin@gmail.com

Attorney for Defendant
DANIEL JOSEPH NOBLE

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL JOSEPH NOBLE,<br><br>Defendant. | CASE NO. 2:22-CR-00123-DJC<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND RE: EXCLUDABLE TIME UNDER SPEEDY TRIAL ACT** |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorney Christina McCall, and defendant, Daniel Joseph Noble, by and through his counsel of record, Erin J. Radekin, hereby stipulate as follows:

1. At the last status conference, the matter was set for further status conference on February 1, 2024 at 9 a.m. in the courtroom of the Honorable Daniel J. Calabretta. See ECF No. 43. At the previous status conference appearance, Ms. McCall informed the Court that she would request the matter be set for trial at the next appearance.

2. By this stipulation, the parties now agree to continue the status conference until April 4, 2024 at 9 a.m. in the courtroom of Judge Calabretta and to exclude time between February 1, 2024 and April 4, 2024 under Local Code T4.

1

3. The parties agree and stipulate, and request that the Court find the following:

(a) To date, the government has produced approximately 26,601 pages of discovery, containing business records, search warrant information, investigative reports, photographs, and recorded interviews. The government has also made digital evidence available for defense review at the Federal Bureau of Investigation, pursuant to 18 U.S.C. § 3509(m). The defense needs additional time to review additional discovery that has been provided by the government. Counsel for defendant will then need time to go over this discovery with her client and possibly engage in additional investigation, make additional discovery requests, and/or file a discovery motion.

(b) Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

(c) The government agrees to this continuance in light of the additional discovery; however, the government will request that the case be set for trial at the next status conference unless the parties have entered into a plea agreement.

(d) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

(e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 1, 2024 to April 4, 2024 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), (B)(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

/ /

Dated: January 26, 2024          PHILLIP A. TALBERT
                                 United States Attorney

                                  /s/ Christina McCall
                                 CHRISTINA McCALL
                                 Assistant United States Attorney

Dated: January 26, 2024           /s/ Erin J. Radekin
                                 ERIN J. RADEKIN
                                 Counsel for Defendant
                                 DANIEL WILLIAM NOBLE

### ORDER

The Court hereby accepts the stipulation of the parties and continues the status conference in this case to April 4, 2024 at 9:00 a.m. in the courtroom of District Judge Daniel J. Calabretta and excludes time between February 1, 2024 and April 4, 2024 for the effective preparation of counsel, under local Code T4.

IT IS SO FOUND AND ORDERED this 26th day of January, 2023.

Dated:  January 26, 2024          /s/ Daniel J. Calabretta
                                 THE HONORABLE DANIEL J. CALABRETTA
                                 UNITED STATES DISTRICT JUDGE