**ERIN J. RADEKIN**
**Attorney at Law – SBN 214964**
2012 H Street, Suite 202B
Sacramento, CA 95811
Telephone: (916) 504-3931
Facsimile: (916) 447-2988
Email: erinjradekin@gmail.com

Attorney for Defendant
DANIEL JOSEPH NOBLE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | CASE NO. 2:22-CR-00123-DJC |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND RE: EXCLUDABLE TIME UNDER SPEEDY TRIAL ACT** |
| DANIEL JOSEPH NOBLE, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorney Christina McCall, and defendant, Daniel Joseph Noble, by and through his counsel of record, Erin J. Radekin, hereby stipulate as follows:

1. At the last status conference on April 4, 2024, the matter was set for change of plea on May 16, 2024 at 9 a.m. in the courtroom of the Honorable Daniel J. Calabretta based on the parties' representation that Mr. Noble would be changing his plea from not guilty to guilty pursuant to a written plea agreement between the parties. See ECF No. 43.

2. By this stipulation, the parties now agree to continue the date set for entry of plea to June 13, 2024 at 9 a.m. in the courtroom of Judge Calabretta and to exclude time between May 16, 2024 and June 13, 2024 under Local Code T4.

1

3. The parties agree and stipulate, and request that the Court find the following:

(a) On May 2, 2024, the government provided the defense with a written plea agreement pursuant to the parties' discussions.  Counsel for defendant has reviewed the plea agreement.  Counsel for defendant sent suggested revisions to the plea agreement on May 9, 2024.  Thereafter, the parties will need additional time to finalize the plea agreement and for counsel for the defendant to meet with Mr. Noble in order to go over the plea agreement with him and prepare him to enter a guilty plea.

(b) Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

(c) The government agrees to this.

(d) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

(e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 16, 2024 to June 13, 2024 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), (B)(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

/ /

| | |
|---|---|
| Dated: May 9, 2024 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/ Christina McCall<br>CHRISTINA McCALL<br>Assistant United States Attorney |
| Dated: May 9, 2024 | /s/ Erin J. Radekin<br>ERIN J. RADEKIN<br>Counsel for Defendant<br>DANIEL WILLIAM NOBLE |

### ORDER

The Court hereby accepts the stipulation of the parties and continues the change of plea date in this case to June 13, 2024 at 9:00 a.m. in the courtroom of District Judge Daniel J. Calabretta and excludes time between May 16, 2024 and June 13, 2024 for the effective preparation of counsel, under local Code T4.

IT IS SO FOUND AND ORDERED this 10th day of May, 2024.

| | |
|---|---|
| Dated:  May 10, 2024 | /s/ Daniel J. Calabretta<br>THE HONORABLE DANIEL J. CALABRETTA<br>UNITED STATES DISTRICT JUDGE |