**ERIN J. RADEKIN**
**Attorney at Law – SBN 214964**
2012 H Street, Suite 202B
Sacramento, CA 95811
Telephone:  (916) 504-3931
Facsimile:   (916) 447-2988
Email: erinjradekin@gmail.com

Attorney for Defendant
DANIEL JOSEPH NOBLE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE UNITED STATES OF AMERICA**, | CASE NO. 2:22-CR-00123-DJC |
| Plaintiff, | **ORDER** |
| v. | |
| **DANIEL JOSEPH NOBLE,** | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the Third Amended Special Conditions of Release for defendant, Daniel Noble, be temporarily amended such that he be permitted to travel from his home in Fallbrook, CA to the United States District Court for the Eastern District of California in Sacramento to attend the change of plea conference presently scheduled in this case on June 13, 2024.   Mr. Noble shall travel to and from his residence in the company of his father, David Noble.  Mr. Noble shall not deviate from the following itinerary: (1) travel by car from his residence in Fallbrook, CA to a hotel in the Sacramento area on June 12, 2024, leaving no earlier than 7 a.m. and arriving at the hotel no later than 8 p.m. on June 12, 2024, stopping only for food, gas, to rest, or to use a restroom; (2) remain overnight at the hotel and then, the next morning, ravel with his father to court on June 13, 2024 to appear at the change of plea conference, stopping only for food and gas; (3) after the court appearance at 9 a.m. on June 13, 2024, provided Mr. Noble is not

detained pending sentencing, return with his father by car to their residence on June 13, 2024, arriving no later than 10 p.m.; and (4) David Noble will remain with Mr. Noble at all times. Mr. Noble shall not be in the presence of any juveniles or minors unless that juvenile or minor's parent or guardian is also present. All other conditions of pretrial release shall remain in force.

  The Temporary Amended Special Condition of Release is hereby adopted.

Dated: June 6, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE