**ERIN J. RADEKIN**
**Attorney at Law – SBN 214964**
2012 H Street, Suite 202B
Sacramento, CA 95811
Telephone: (916) 504-3931
Facsimile: (916) 447-2988

Attorney for Defendant
DANIEL NOBLE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>DANIEL NOBLE,<br><br>　　　　　　　Defendant. | CASE NO. 2:22-CR-00123-DJC<br><br>**ORDER RE REQUEST TO FILE EXHIBITS A THROUGH E UNDER SEAL** |

Pursuant to Local Rule 141(b), and based upon the representation contained in defendant's Request to File Under Seal, IT IS SO FOUND AND ORDERED THAT, Exhibits A through E of the Defendant's Motion for Relief from Mandatory Detention Pending Self-Surrender – to wit, the defendant's psychological evaluation, letters from treatment providers, and letters of reference which contain the authors' personal identifying and contact information – shall be sealed under further order of this court.

Dated: June 7, 2024                      /s/ Daniel J. Calabretta
　　　　　　　　　　　　　　　　　　　　　THE HONORABLE DANIEL J. CALABRETTA
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE