ERIN J. RADEKIN
Attorney at Law – SBN 214964
2012 H Street, Suite 202B
Sacramento, CA 95811
Telephone: (916) 504-3931
Facsimile: (916) 447-2988

Attorney for Defendant
DANIEL NOBLE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | CASE NO. 2:22-CR-00123-DJC |
| Plaintiff, | |
| v. | NOTICE OF APPEAL |
| DANIEL NOBLE, | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that defendant, DANIEL NOBLE, appeals the order of the district court denying his motion to remain on pretrial release until his self-surrender and ordering his remand pursuant to 18 U.S.C. § 3143(a)(2) on June 13, 2024, *see* ECF No. 59, to the United States Court of Appeals for the Ninth Circuit. Defendant Noble requests expedited briefing on this appeal because his sentencing hearing is currently set for September 12, 2024.

Dated: June 26, 2024   Respectfully submitted,

　　　　　　　　　　　　　　　　　　 /s/ Erin J. Radekin
　　　　　　　　　　　　　　　　　　ERIN J. RADEKIN
　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　DANIEL NOBLE

1