EXHIBIT H

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

AUG 1 8 2022

TONY R. MOORE, CLERK
BY _____
          DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

2:22-cr-00191-01
Judge Cain
Magistrate Judge Kay

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. |
| | * | 18 U.S.C. § 2252A(a)(2)(A) |
| | * | 18 U.S.C. § 2242A(a)(1) |
| VERSUS | * | |
| | * | |
| | * | |
| BENJAMIN PITSCH    (01) | * | |

### INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1
### DISTRIBUTION OF CHILD PORNOGRAPHY
### 18 U.S.C. § 2252A(a)(2)(A)

On or about the 10th day of March 2022, in the Western District of Louisiana, the defendant, BENJAMIN PITSCH, did knowingly distribute child pornography, as defined in 18 U.S.C. § 2256, using any means or facility of interstate and foreign commerce, including by computer, in violation of Title 18, United States Code, Section 2252A(a)(2)(A). [18 U.S.C. § 2252A(a)(2)(A)].

### COUNT 2
### TRANSPORTATION OF CHILD PORNOGRAPHY
### 18 U.S.C. § 2252A(a)(1)

On or about the 10th day of March 2022, in the Western District of Louisiana, the defendant, BENJAMIN PITSCH, did knowingly transport and ship child pornography, as defined in 18 U.S.C. § 2256, using any means or facility of interstate

1

and foreign commerce, including by computer, in violation of Title 18, United States Code, Section 2252A(a)(1)). [18 U.S.C. § 2252A(a)(1)].

A TRUE BILL:

**REDACTED**
FOREPERSON: GRAND JURY

BRANDON B. BROWN
United States Attorney

By: 
JOHN LUKE WALKER (LA Bar #18077)
Assistant United States Attorney
Western District of Louisiana
800 Lafayette Street, Suite 2200
Lafayette, Louisiana   70501
Telephone: (337) 262-6618