**ERIN J. RADEKIN**
**Attorney at Law – SBN 214964**
2012 H Street, Suite 202B
Sacramento, CA 95811
Telephone: (916) 504-3931
Facsimile: (916) 447-2988

Attorney for Defendant
DANIEL NOBLE

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL NOBLE,<br><br>Defendant. | CASE NO. 2:22-CR-00123-DJC<br><br>**ORDER RE REQUEST TO FILE EXHIBITS A AND B UNDER SEAL** |

Pursuant to Local Rule 141(b) and based upon the representation contained in defendant's Request to File Under Seal, IT IS SO FOUND AND ORDERED THAT, Exhibits A and B of the Defendant's Sentencing Memorandum – to wit, a letter from the defendant's treatment provider and the provider's curriculum vitae (Exhibit A) and the defendant's psychological evaluation and the evaluator's curriculum vitae – shall be sealed under further order of this court.

Dated: September 20, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

1